07-2498-B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US District Court
   Middle District of Tennessee
   801 Broadway, Ste. 800
   Nashville, TN 37203-3816
   ATTN: Clerk of Court

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X R Milliken    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): R. Milliken
C. Date of Delivery: 3/24/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   RECEIVED 08 MAR 2[?] THOMAS M. GOULD CLERK, U.S. [...]

3. Service Type:
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 4207 6028

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540